UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AEGIS ASSET BACKED SECURITIES TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-2,<br><br>          Plaintiff,<br><br>          v.<br><br>CHARLES ROBINSON SR., YVETTE RUTHERFORD, ASSET ACCEPTANCE CORPORATION, AS ASSIGNEE OF CHASE MANHATTAN BANK AND BLAIR CREDIT SERVICES, GRANITE CITY ILLINOIS HOSPITAL COMPANY LLC DBA GATEWAY REGIONAL MEDICAL CENTER, UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, UNKNOWN OWNERS AND NONRECORD CLAIMANTS,<br><br>          Defendants. | Case No. 12-cv-1086-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 12) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case.  Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.   Therefore, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: March 29, 2013**

                              s/J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**